1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

ANTOLIN ANDREW MARKS,

9                        Plaintiff,

10               v.

11   UNITED STATES OF AMERICA,

12                        Defendant.

Case No.  C07-5383RBL

ORDER ADOPTING
REPORT AND
RECOMMENDATION

13

14        The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley

15   Arnold, objections to the report and recommendation, [Dkt. #8], and the remaining record, does

16   hereby find and ORDER:

17        (1)    Plaintiff's Motion for an Extension of Time to File Objections [Dkt. #7] is **DENIED**
                 as Moot.

18        (2)    The Court adopts the Report and Recommendation;

19        (3)    The application to proceed *in forma pauperis* is **DENIED.**  Plaintiff has thirty days
20               from the date of this order to pay the full $350.00 dollar filing fee.  If the filing fee is
                 not received in thirty days, the clerk's office is instructed to dismiss this action
21               **WITHOUT PREJUDICE**

22        The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley

23   Arnold and note a date on Judge Arnold's calendar thirty days from today so this action can be

24   tracked.

25        DATED this 1st day of October, 2007.

26

27                                              RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

28

ORDER
Page - 1