HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS, et al,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al,

    Defendants.

Case No. C07-5383RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Notice to the Court" [Dkt.#12] and "Motion for Rehearing and Reconsideration in This Case" [Dkt. #13].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Court will take no action on plaintiff's "Notice to the Court." [Dkt. #12].

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." CR 7(h)(1), Local Rules W.D. Wash. This standard has not been met in this case. Plaintiff merely restates the same arguments he made in prior filings in this case. Therefore, Plaintiff's "Motion for Rehearing and Reconsideration in This Case" [Dkt. #13] is **DENIED.**

1 **IT IS SO ORDERED.**

2 The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
3 pro se.

4 Dated this 29th day of October, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE