# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD STEVEN MITUNIEWICZ

v.

HAROLD CLARK

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5383RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE** so that plaintiff may pursue membership as part of the class action in Paralez vs. Washington Department of Corrections, 06-CV-5298JKA.

  October 31, 2007                                        BRUCE RIFKIN
Date                                                           Clerk

                                                           *s/CM Gonzalez*
                                                           Deputy Clerk