UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA *et al.*,

    Defendants.

Case No.  C07-5383RBL

ORDER

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed four documents since entry of the last order unsealing documents (Dkt. # 10, 12, 13, 14).  (Dkt. # 10) is an amended motion to proceed in forma pauperis.  The court has denied plaintiff's motion (Dkt. # 11).  This document should be UNSEALED.

    (Dkt. # 12) is a "notice to the court."  The court does not conduct business using pleadings of this nature.  The document should be UNSEALED, no further action will be taken on this filing.

    (Dkt. # 13 and 14) are motions for reconsideration or rehearing which the District court has denied (Dkt # 15).  The motions should be UNSEALED.

ORDER
Page - 1

1  Judge Leighton's October 2, 2007, order gave the plaintiff until November 1, 2007, to pay the
2  filing fee or this action would be dismissed without prejudice (Dkt. # 11).

3  The clerk's office is directed to send copies of this order to plaintiff.

4  DATED this 1 day of November, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate